## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | Case No. 23-10576 (TMH) |
| Debtors. | (Jointly Administered) |
| AINSLIE H. VOREL, on behalf of herself and all others similarly situated, | |
| Plaintiff, | Adv. Pro. No. 23-50446 (TMH) |
| v. | |
| CHRISTMAS TREE SHOPS, LLC, | |
| Defendant. | |

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the Pre-Trial Conference in the above-captioned adversary proceeding, initially scheduled for September 14, 2023 at 11:00 a.m., has been adjourned to November 27, 2023 at 11:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Thomas M. Horan, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom #7, Wilmington Delaware 19801.  A proposed scheduling order is forthcoming.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).  The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

Respectfully submitted,

Dated: October 11, 2023
Wilmington, Delaware

*/s/ Christopher Viceconte*
Christopher Viceconte (No. 5568)
**GIBBONS P.C.**
300 Delaware Avenue, Suite 1015
Wilmington, Delaware 19801
Telephone: (302) 518-6300
Email: cviceconte@gibbonslaw.com

-and-

Robert K. Malone (admitted *pro hac vice*)
Mark B. Conlan (admitted *pro hac vice*)
Christopher P. Anton (admitted *pro hac vice*)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Email: rmalone@gibbonslaw.com
        mconlan@gibbonslaw.com
        canton@gibbonslaw.com

*Attorneys for Ainslie H. Vorel,
Individually and for Putative Class*

# CERTIFICATE OF SERVICE

I, Christopher Viceconte, hereby certify that on October 11, 2023, I caused a true and correct copy of the foregoing Notice of Adjournment to be served on the individuals on the attached service list, via first class mail. Service was also made on counsel for the chapter 7 trustee via CM/ECF.

| | |
|---|---|
| Dated: October 11, 2023<br>Wilmington, Delaware | */s/ Christopher Viceconte*<br>Christopher Viceconte (No. 5568)<br>**GIBBONS P.C.**<br>300 Delaware Avenue, Suite 1015<br>Wilmington, Delaware 19801<br>Telephone: (302) 518-6300<br>Email: cviceconte@gibbonslaw.com<br><br>-and-<br><br>Robert K. Malone (admitted *pro hac vice*)<br>Mark B. Conlan (admitted *pro hac vice*)<br>Christopher P. Anton (admitted *pro hac vice*)<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102<br>Telephone: (973) 596-4500<br>Email: rmalone@gibbonslaw.com<br>mconlan@gibbonslaw.com<br>canton@gibbonslaw.com |

**SERVICE LIST**

Bradford J. Sandler
Colin R. Robinson
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

*Counsel for the Chapter 7 Trustee*

George L. Miller
1628 John F. Kennedy Boulevard
Suite 950
Philadelphia, PA 19103

*Chapter 7 Trustee*