**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>　　　Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| AINSLIE H. VOREL, on behalf of herself and all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>CHRISTMAS TREE SHOPS, LLC,<br><br>　　　Defendant. | Adv. Pro. No. 23-50446 (TMH) |

**CERTIFICATION OF COUNSEL SUBMITTING ORDER EXTENDING STANDSTILL AGREEMENT BETWEEN THE CHAPTER 7 TRUSTEE AND AINSLIE H. VOREL, AS THE PROPOSED WARN CLASS REPRESENTATIVE**

The undersigned counsel hereby certifies that:

1.　　On July 19, 2023, the above-captioned Plaintiff commenced an adversary proceeding ("**Adversary Proceeding**") on behalf of herself, and as proposed class representative, by filing a complaint ("**Complaint**") against debtor Christmas Tree Shops, LLC, pursuant to which she asserted, among other relief, claims for violations of the Worker Adjustment and Retraining Notification Act, 29 U.S.C. §§ 2101 – 2109 (the "**WARN Act**").

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

2. On August 16, 2023, the above-captioned debtors' Chapter 11 Cases were converted to Chapter 7 [D.I. 545] and George L. Miller was appointed as the Chapter 7 Trustee (the "**Trustee**").

3. On September 29, 2023, the Trustee filed his *Chapter 7 Trustee's Answer to Class Action Adversary Complaint* [Adv. Proc. D.I. 7].

4. At a hearing held on February 21, 2024, counsel for Plaintiff and the Trustee advised the Court that in order to save the parties the time and expense of litigating the Adversary Proceeding until it appears that funds will be available to pay claims beyond chapter 7 administrative claims, they had agreed to a "**Standstill Agreement**."

5. By Order entered on July 2, 2024, the Court approved the Standstill Agreement [Adv. Proc. D.I. 12] ("**Standstill Order**").

6. The Standstill Agreement, among other things, defined the "**Standstill Period**" as through July 31, 2024.

7. By Order entered on August 1, 2024, the Standstill Period was extended through and including October 31, 2024 [Adv. Proc. D.I. 14].

8. By Order entered on November 20, 2024, the Standstill Period was extended through and including January 31, 2025 [Adv. Proc. D.I. 16].

9. By Order entered on January 29, 2025, the Standstill Period was extended through and including May 31, 2025 [Adv. Proc. D.I. 18].

10. By Order entered on May 30, 2025, the Standstill Period was extended through and including September 30, 2025 [Adv. Proc. D.I. 20].

11. By Order entered on October 1, 2025, the Standstill Period was extended through and including January 30, 2026 [Adv. Proc. D.I. 22].

12. The parties to the Standstill Agreement have agreed to extend the Standstill Period for an additional six (6) months, through and including July 30, 2026.

13. A proposed form of order extending the Standstill Agreement for an additional six (6) months, without prejudice to the parties' rights to seek a further extension, is attached hereto for the Court's consideration as **Exhibit A** (the "**Proposed Order**").

14. It is respectfully requested that the Court enter the Proposed Order attached hereto as **Exhibit A** at the earliest convenience of the Court without further notice or hearing.

Dated: January 27, 2026                    **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
          pkeane@pszjlaw.com
          ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*

4924-5509-1083.1 57097.001                    3
                                        3378646.1 117950-109529