# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| AINSLIE H. VOREL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTMAS TREE SHOPS, LLC,<br><br>Defendant. | Adv. Pro. No. 23-50446 (TMH) |

**ORDER EXTENDING STANDSTILL AGREEMENT BETWEEN
CHAPTER 7 TRUSTEE AND AINSLIE H. VOREL,
AS PROPOSED WARN CLASS REPRESENTATIVE**

Upon the *Certification of Counsel Submitting Order Extending Standstill Agreement Between the Chapter 7 Trustee and Ainslie H. Vorel, as the Proposed WARN Class Representative* (the "**Certification of Counsel**"), and the *Standstill Agreement* (the "**Standstill Agreement**") *Between the Chapter 7 Trustee and Ainslie H. Vorel, as the Proposed WARN Class Representative* ("**Plaintiff**") that was previously approved by Court Order entered on July 2, 2024 [Adv. Proc. D.I. 12] (the "**Standstill Order**"), which order was extended by Orders dated August 1, 2024 [Adv. Proc. D.I. 14], November 20, 2024 [Adv. Proc. D.I. 16], January 29, 2025 [Adv. Proc. D.I.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

18], May 30, 2025 [Adv. Proc. D.I. 20], and October 1, 2025 [Adv. Proc. D.I. 22]; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Certification of Counsel; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Standstill Period (as defined in the Standstill Agreement) is extended through and including July 30, 2026, without prejudice to the parties' rights to seek further extensions.

2. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

*[Signature: Thomas M. Horan]*

**Dated:** January 28th, 2026  
Wilmington, Delaware

**THOMAS M. HORAN**  
**UNITED STATES BANKRUPTCY JUDGE**